CHAPTER 13 TRUSTEE  LOGAN M. SENSENICH PO BOX 7526  NORWICH, VT 05055



| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| 00-03-11136 DANIEL M. BIGOS | | 180.49 | 0.00 | -180.49 |
| CITIFNANCIAL, 4010 REGENT BLVD, IRVING, TX | UNCLAIMED FUNDS | | Claim #013 | |
| 00-05-10755 KENNETH C. & KIMBERLY L. BACON, SR. | | 103.99 | 0.00 | -103.99 |
| VERIZON, PO BX 1, WORCESTER, MA 01654-0001 | UNCLAIMED FUNDS | | Claim #016 | |
| 00-06-10439 JANUSZ K. LACHOWICZ | | 0.53 | 0.00 | -0.53 |
| 154 SHATTUCK HILL RD, NEWPORT, VT 05855 | UNCLAIMED FUNDS | | Claim #009 | |
| Totals: | | 285.01 | 0.00 | |